In re:                                                                    Case No. 22-01649-PS

JULIANNE LOPEZ                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 02, 2022 | Form ID: pdf001 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JULIANNE LOPEZ, 2601 N 114TH AVE, AVONDALE, AZ 85392-5924 |
| 16665215 | + | Allied Collection Services, Attn: Bankruptcy, 9301 Oakdale Avenue Suite 205, Chatsworth CA 91311-6547 |
| 16665219 | + | Collections Usa Inc, Attn: Bankruptcy, Po Box 10070, Glendale AZ 85318-0070 |
| 16731604 | + | LENDIFY, SYSTEMS & SERVICES TECHNOLOGIES, INC., 4315 PICKETT ROAD, ST.JOSEPH MO 64503-1600 |
| 16665241 | + | LVNV Funding, 6801 S Cimarron Rd, Ste 424J, Las Vegas NV 89113-2273 |
| 16665239 | + | Lendify Financial LLC, Attn: Bankruptcy Department, 225 Bush Street, Ste 1840, San Francisco CA 94104-4280 |
| 16665246 | + | Nemo's Investigations & Collections, Attn: Bankruptcy, 25501 West Valley Parkway, Ste 300, Olathe KS 66061-8474 |
| 16665251 | + | Sierra Lopez, 2601 N 114th Ave, Avondale AZ 85392-5924 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16665212 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 02 2022 22:21:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington MN 55437 |
| 16704934 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 02 2022 22:21:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 16702129 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2022 22:27:25 | AMERICAN FIRST FINANCE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 16667711 | + | Email/Text: bankruptcynotices@azdor.gov | Sep 02 2022 22:21:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546 |
| 16665211 | + | Email/Text: bankruptcy@gurstel.com | Sep 02 2022 22:21:00 | Absolute Resolution, c/o Gurstel Law Firm, 9320 E Raintree Dr, Scottsdale AZ 85260-2098 |
| 16665213 | + | Email/Text: bankruptcy@acimacredit.com | Sep 02 2022 22:22:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy UT 84070-4384 |
| 16665214 | + | Email/Text: backoffice@affirm.com | Sep 02 2022 22:22:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh PA 15212-5862 |
| 16665216 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2022 22:27:02 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas TX 75356-5848 |
| 16665217 | | Email/Text: bankruptcynotices@azdor.gov | Sep 02 2022 22:21:00 | Arizona Department of Revenue, Attention BK Payment Unit, 2005 N Central Ave, Ste 100, Phoenix AZ 85004-1546 |
| 16719924 | + | Email/Text: bankruptcy@avadynehealth.com | Sep 02 2022 22:21:00 | BANNER HEALTH, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 16695008 | + | Email/Text: bankruptcy@bmecollect.com | Sep 02 2022 22:21:00 | BME SERVICES FKA BUREAU OF MEDICAL ECONOMICS, PO BOX 20247, PHOENIX AZ 85036-0247 |
| 16719455 | + | Email/Text: bkattorneynotices@gmail.com | | |

| ID | | Method / Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 02 2022 22:21:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16665224 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Sep 02 2022 22:21:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell SD 57301 |
| 16665218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2022 22:26:05 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 16665220 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2022 22:21:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16665221 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2022 22:21:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16665222 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2022 22:21:00 | Comenity Capital/Gem, Po Box 182120, Columbus OH 43218-2120 |
| 16665223 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 02 2022 22:22:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine CA 92619-7071 |
| 16665225 | ^ | MEBN | Sep 02 2022 22:19:47 | Curacao, 1605 West Olympic Boulevard, Suite 700, Los Angeles CA 90015-3832 |
| 16665226 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2022 22:26:08 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage NY 11804-9001 |
| 16665227 | | Email/Text: operationsclerk@easypayfinance.com | Sep 02 2022 22:21:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad CA 92018 |
| 16665228 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 02 2022 22:27:22 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving TX 75016-6008 |
| 16719456 | + | Email/Text: opportunitynotices@gmail.com | Sep 02 2022 22:22:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 16665230 | + | Email/Text: opportunitynotices@gmail.com | Sep 02 2022 22:22:00 | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago IL 60601-6379 |
| 16665229 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 02 2022 22:22:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 16665231 | + | Email/Text: bankruptcy@gurstel.com | Sep 02 2022 22:21:00 | First Portfolio Ventures, c/o Gurstel Law Firm, 9320 E Raintree Dr, Scottsdale AZ 85260-2098 |
| 16665232 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 02 2022 22:27:22 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 16665233 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 02 2022 22:22:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 16665234 | + | Email/PDF: cbp@onemainfinancial.com | Sep 02 2022 22:26:06 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville IN 47731-3251 |
| 16665235 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2022 22:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16702081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2022 22:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16665237 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2022 22:22:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud MN 56303 |
| 16665236 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2022 22:22:00 | Jefferson Capital, PO Box 17210, Golden CO 80402-6020 |
| 16676345 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2022 22:21:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 16665238 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2022 22:21:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 16665240 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2022 22:26:11 | LVNV Funding, PO Box 1269, Greenville SC |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 29602-1269 |
| 16667441 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Sep 02 2022 22:27:02 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16676009 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Sep 02 2022 22:27:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16665243 | | Email/Text: ml-ebn@missionlane.com | |
| | | Sep 02 2022 22:21:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta GA 30348 |
| 16669405 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Sep 02 2022 22:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16665242 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Sep 02 2022 22:21:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego CA 92108-3007 |
| 16665244 | ^ | MEBN | |
| | | Sep 02 2022 22:21:54 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose PA 19053-6945 |
| 16665245 | ^ | MEBN | |
| | | Sep 02 2022 22:21:49 | NCB Management Services Inc, PO Box 1099, Langhorne PA 19047-6099 |
| 16665247 | | Email/Text: bankruptcy@oportun.com | |
| | | Sep 02 2022 22:21:00 | Oportun, Attn: Bankruptcy, Po Box 4085, Menlo Park CA 94026 |
| 16693220 | + | Email/PDF: cbp@onemainfinancial.com | |
| | | Sep 02 2022 22:26:59 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16719906 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 02 2022 22:26:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16666610 | + | Email/PDF: rmscedi@recoverycorp.com | |
| | | Sep 02 2022 22:26:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16703971 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Sep 02 2022 22:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 16665248 | | Email/Text: backoffice@reliantholdings.com | |
| | | Sep 02 2022 22:21:00 | Reliant Holdings, Inc., Attn: Bankruptcy, Po Box 1275, Indiana PA 15701 |
| 16665249 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Sep 02 2022 22:26:11 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 16665250 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Sep 02 2022 22:22:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe WI 53566-1364 |
| 16665252 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 02 2022 22:27:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16665253 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 02 2022 22:27:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando FL 32896-5064 |
| 16665210 | | Email/Text: support@cash1loans.com | |
| | | Sep 02 2022 22:21:00 | AAA Auto Title Loans, 725 E Covey Ln Ste 170, Phoenix AZ 85024 |
| 16665254 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Sep 02 2022 22:21:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 16665255 | + | Email/Text: bknotices@totalcardinc.com | |
| | | Sep 02 2022 22:21:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls SD 57118-5710 |
| 16665256 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Sep 02 2022 22:22:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington DE 19850-5630 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**      **Bypass Reason**      **Name and Address**

cr          *+          ARIZONA DEPARTMENT OF REVENUE, 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546
cr          *+          PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022                 Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW ALLEN SILVERMAN | |
| | on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov |
| RUSSELL BROWN | |
| | ecfmailclient@ch13bk.com |
| Rachel Elizabeth Flinn | |
| | on behalf of Trustee RUSSELL BROWN rflinn@ch13bk.com  dsmith@ch13bk.com |
| THOMAS ADAMS MCAVITY | |
| | on behalf of Debtor JULIANNE LOPEZ documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | |
| | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | CHAPTER 13 |
| JULIANNE LOPEZ, | CASE NO. 2-22-BK-01649-PS |
| Debtor. | **STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-36 | $260.00 |

The payments are due on or before the 20th day of each month commencing April 20, 2022. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding

- 1 -

shortfall must be cured before the plan is deemed completed.

Within 14 days of filing them, the Debtors will provide a copy of the 2022 through 2023 federal and state income tax returns to their attorney, who is to provide the returns to the Trustee through www.bkdocs.us.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 36 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.  In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) Administrative expenses:

Attorney Fees. Tom McAvity, shall be allowed total compensation of $4,500.00. Counsel received $50.00 prior to filing this case and will be paid $4,450.00 by the Chapter 13 Trustee.

(2) Claims Secured by Real Property:

(a) None.

(3) Claims Secured by Personal Property:

- 2 -

In re Lopez
Case No. 2-22-BK-01649-PS

(a)  None.

(4) <u>Unsecured Priority Claims:</u>

  (a)  Internal Revenue Service shall be paid an unsecured priority claim of $3,367.13
       with no interest for income taxes.

(5) <u>Surrendered Property:</u>

  Upon confirmation of this plan or except as otherwise ordered by the Court,
  bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall
  receive no distribution until the creditor timely files a claim or an amended proof of
  claim that reflects any deficiency balance remaining on the claim. Assuming the
  creditor has an allowed proof of claim, should the creditor fail to file an amended
  claim consistent with this provision, the Trustee need not make any distributions to
  that creditor. Debtors surrender the following property:

  (a)  None.

(6) <u>Other Provisions:</u> None.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the
       Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro
       rata the balance of the payments under the Plan and any unsecured debt balance
       remaining unpaid upon completion of the Plan may be discharged as provided in 11
       U.S.C. § 1328.

  (D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the
date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights
of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. §
1306.

- 3 -

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

Russell Brown
2022.08.31 15:05:05 -07'00'

_____
Russell Brown, Trustee

_____
Tom McAvity
Attorney for Debtors

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
JULIANNE LOPEZ, Debtor

- 4 -

In re Lopez
Case No. 2-22-BK-01649-PS